THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Alonzo Portwood,       
Appellant.
 
 
 

Appeal From Sumter County
Thomas W. Cooper, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 
2003-UP-508
Submitted June 9, 2003  Filed August 27, 2003 

APPEAL DISMISSED

 
 
 
Deputy Chief Attorney Joseph L. Savitz, III, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 Office of the Attorney General, of Columbia, Cecil Kelley Jackson, Third Circuit 
 Solicitor's Office, of Sumter, for Respondent.
 
 
 

PER CURIAM: Alonso Portwood appeals his 
 convictions for voluntary manslaughter and possession of a weapon during the 
 commission of a violent crime, arguing that the trial judge failed to grant 
 a directed verdict because his co-defendant, not he, shot the victim.  Portwoods 
 counsel attached to the brief a petition to be relieved as counsel, stating 
 that he had reviewed the record and concluded this appeal lacks merit.  Portwood 
 filed a separate pro se brief, arguing the trial judge erred in failing 
 to grant his motion for a new trial.  After a thorough review of the record, 
 Portwoods pro se brief, and counsels brief pursuant to Anders v. 
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we dismiss 
 [1] Portwoods appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., CONNOR and ANDERSON, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.